**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **ZACHERY CLAYTON WALKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **No. 3:12-cv-01141** |
| **v.** ) | |
| ) | **Judge Sharp** |
| **SHERIFF SONNY WEATHERFORD,** ) | **Magistrate Judge Brown** |
| **SONYA TROUTT and SOUTHERN** ) | |
| **HEALTHCARE PARTNERS,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending,

> . . . that both motions for summary judgment (Docket Entries 53 and 56) be GRANTED and this case be dismissed with prejudice . . . [and] any appeal from a dismissal of this case not be certified as taken in good faith.

(Docket Entry No. 58 at 11). No response in opposition was filed to the R & R.[1] Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R of the Magistrate Judge.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 58) is hereby ACCEPTED and APPROVED;

(2) *Defendants Sheriff Sonny Weatherford and Sonya Troutt's Motion for Summary Judgment* (Docket Entry No. 53) is hereby GRANTED;

---

[1] Plaintiff also failed to respond to the motions for summary judgment.

(3) *Defendant Southern Health Partners' Motion for Summary Judgment* (Docket Entry No. 56) is hereby GRANTED;

(4) This case is hereby DISMISSED WITH PREJUDICE; and

(5) The Court hereby certifies that any appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE